## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: James and Barbara Butler | ) | 10-23871 |
| | ) | |
| | ) | Judge: A. Benjamin Goldgar |
| Debtors. | ) | |
| | ) | |

TO: See Service List

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on September 11, 2015 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, or any judge sitting in his stead, in Courtroom B, usually occupied by him as a courtroom in the North Branch Court, or any other courtroom he may occupy at 1792 Nicole Lane, Round Lake Beach, Illinois, and shall there present the **MOTION TO DETERMINE FINAL CURE AND PAYMENT**, a copy of which is attached hereto and is herewith served upon you, and shall pray for the entry of an Order in compliance there with, a draft of which Order is attached hereto and is herewith served upon you.

/s/Paul R. Idlas
Paul R. Idlas

### CERTIFICATE OF SERVICE

I, Sally Madsen, a non-attorney, depose and state that I caused a true and correct copy of the foregoing **MOTION TO DETERMINE FINAL CURE AND PAYMENT** identified therein to be served by facsimile upon the persons listed in the attached service list at their respective places of on the 21st day of August, 2015.

SUBSCRIBED AND SWORN TO before me this 21st day of August, 2015.

_____
Notary Public

OFFICIAL SEAL
PAUL R IDLAS
Notary Public - State of Illinois
My Commission Expires May 14, 2017

Paul R. Idlas
Attorney for Debtors
1099 N. Corporate Circle
Grayslake, IL 60030
847-223-5555

OFFICIAL SEAL
PAUL R IDLAS
Notary Public - State of Illinois
My Commission Expires May 14, 2017

James and Barbara Butler
810 Elm Ave
Round Lake Park, IL 60073

Codilis and Associates, P.C.
15W030 N Frontage Road Ste 100
Burr Ridge, IL 60527

Glenn Stearns
801 Warrenville Rd Suite 650
Lisle, IL 60532

Patrick S. Layng
United States Trustee (Region 11)
219 S Dearborn St. Suite 873
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  James and Barbara Butler           )    10-23871
                                           )
                                           )    Judge: A. Benjamin Goldgar
         Debtors.                          )

## MOTION TO DETERMINE FINAL CURE AND PAYMENT

Debtors, James and Barbara Butler, move the Court as follows:

1. This motion is brought pursuant to Bankruptcy Rule 3002.1 and 11 USC 1322(b)(5).

2. Debtor has completes all plan payments and received a discharge.

3. JPMorgan Chase Bank, National Association, (hereinafter "Chase") mailed its response to Notice of Final Cure Payment on July 31, 2015.

4. This notice states that Debtors have paid in the full amount required to cure the default on Chase's claim. Debtors agree with this. However, the notice further states that there is a total amount due to cure post-petition arrears of $4,690.59. Whereas Debtors agree that there is post-petition arrears. Debtors believe it only to be $1,590.82.

WHEREFORE, Debtors pray that the Court determine the proper post-petition arrearage amount.

                                            Respectfully Submitted,

                                            __/s/ Paul R. Idlas____
                                            Paul R. Idlas
                                            Attorney for Debtors

Paul R. Idlas
Attorney for Debtors
1099 N. Corporate Circle
Grayslake, IL 60030
(847) 223-5555